IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE ANTHONY DAVIS,                     :          CIVIL ACTION
       Petitioner,                          :
                                                               :

      v.                                     :

                                                                 :

SUPERINTENDENT
PAUL J. STOWITZKY, et al.,                 :          NO. 07-2908
       Respondents.                        :

ORDER

JUAN R. SANCHEZ, J.

        AND NOW, this _____8ᵀᴴ____ day of ___July___, 2008, upon careful and independent

consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and

Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

      1.     The Report and Recommendation is APPROVED and ADOPTED.

      2.     The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

      3.     There is no probable cause to issue a certificate of appealability.

      4.     The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

JUAN R. SANCHEZ, J.